UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ANTHONY GARCIA,                                          :

            Plaintiff,                               :      <u>ORDER</u>

     -against-                                         :
                                                                                                24 Civ. 3852 (JPO)(GWG)
COMMISSIONER OF SOCIAL SECURITY,         :

           Defendant.                               :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A complaint and record having been filed in this matter, IT IS HEREBY ORDERED as follows:

      1. The parties' briefs shall be filed in accordance with the following schedule:

      (A)   Plaintiff shall file his brief for requested relief on or before October 30, 2024.

      (B).   The defendant shall file their brief in opposition on or before December 2, 2024.

      (C).   Plaintiff may file a reply brief on or before December 16, 2024.

      2.   The brief of each side shall contain a summary of those parts of the administrative record that each side contends should be considered for purposes of review of the agency's decision.   Each statement in a party's summary of the record shall be followed by a citation to the appropriate page of the record.   If defendant believes that any of the statements in plaintiff's summary of the record are inaccurate in any respect, defendant's brief shall include a footnote or section that lists each such statement and explains why each such statement is inaccurate.   If plaintiff believes that any of the statements in defendant's summary of the record are inaccurate in any respect, plaintiff's reply brief shall include a footnote or section that lists each such statement and explains why each such statement is inaccurate.

3. The Court requires a courtesy copy only of the parties' briefs. The Court does <u>not</u> require a courtesy copy of the Administrative Record. Any courtesy copies may be sent by regular mail.

4. The Court does not impose any page limitations on briefs. That being said, the parties' briefs should present facts and argument without unnecessary repetition.

5. Any request for an extension of the deadlines herein must be made as soon as the need for an extension is known and must comply with paragraph 1.E of the Court's Individual Practices.

6. The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek free legal assistance from the Courthouse's Legal Assistance clinic by accessing the request-for-help form at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ or by calling (212) 382-4794.

SO ORDERED.

Dated: New York, New York
October 1, 2024

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge