UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ANTHONY GARCIA,                                  :

            Plaintiff,                :       ORDER

     -against-                                  :
                                                        24 Civ. 3852 (JPO)(GWG)
COMMISSIONER OF SOCIAL SECURITY,                 :

           Defendant.                :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     With regard to plaintiff's request for an attorney, attached is information on a program that may be able to assist.   Plaintiff should contact the program directly.

     SO ORDERED.

Dated:  New York, New York
        October 2, 2024

                                                                 _____
                                                                 GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge

# New York County Lawyers Association
## Social Security SDNY Project
*Pro Bono Programs*

**To all individuals who have Social Security or Supplemental Security Income cases:**

The New York County Lawyers Association (NYCLA) has provided free legal assistance to thousands of people who cannot afford lawyers. If you cannot afford a lawyer, you may qualify for free legal representation in your appeal in the Southern District of New York.

If you would like to consult with a lawyer, please call Carolyn A. Kubitschek at (212) 349-0900. We cannot guarantee that everyone who calls will get a lawyer, but we are committed to providing as many individuals as possible with free legal representation in their federal appeals.

Sincerely,

*Anthe Maria Bova*

Anthe Maria Bova
General Counsel & Director of Pro Bono Programs

---

**A todas las personas que tienen casos de Seguro Social o Seguridad de Ingreso Suplementario:**

El *New York County Lawyers Association* (NYCLA) ha brindado asistencia legal gratuita a miles de personas que no pueden pagar un abogado. Si no puede pagar un abogado, puede calificar para representación legal gratuita en su apelación en el tribunal del 'Southern District of New York.'

Si desea consultar con un abogado, por favor llame a Carolyn A. Kubitschek al (212) 349-0900. No podemos garantizar que todos los que llamen obtengan un abogado, pero estamos comprometidos a brindar representación legal gratuita al mayor número posible de personas en sus apelaciones federales.

Atentamente,

*Anthe Maria Bova*

Anthe Maria Bova
Asesora General y Directora de Programas Pro Bono