UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY GARCIA                                          :

             Plaintiff,                            :     ORDER

    -v.-                                               :
                                    24 Civ. 3852 (JPO) (GWG)

COMMISSIONER OF SOCIAL SECURITY,          :

            Defendants.                          :
-----------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       With regard to plaintiff's request for an extension (Letter dated October 21, 2024) (Docket # 18), the Court grants an extension to November 13, 2024.  The Court warns the plaintiff that it will not grant any further extensions without a full explanation of all efforts plaintiff has made to get an attorney and what has been the result of those efforts.

       The Court assumes plaintiff has received the Court's Order of October 2, 2024, which provided the name of the following attorney who might provide assistance: Carolyn A. Kubitschek at (212) 349-0900.

       SO ORDERED.

Dated: October 23, 2024
       New York, New York

                                           _____
                                       GABRIEL W. GORENSTEIN
                                       United States Magistrate Judge