UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ANTHONY GARCIA,                                 :

         Plaintiff,                            :       SCHEDULING ORDER

    -against-                                      :
                                                                     24 Civ. 3852 (JPO)(GWG)
COMMISSIONER OF SOCIAL SECURITY,                :

         Defendant.                            :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      A complaint and record having been filed in this matter, IT IS HEREBY ORDERED as follows:

      1. Pursuant to Rule 5, 6, and 7 the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), the following briefing schedule is in effect:

      (A)   Plaintiff shall file their brief for requested relief on or before January 10, 2025.

      (B).  The defendant shall file their brief in opposition on or before February 10, 2025.

      (C).  Plaintiff may file a reply brief on or before February 24, 2025.

      2.  The brief of each side shall contain a summary of those parts of the administrative record that each side contends should be considered for purposes of review of the agency's decision.   Each statement in a party's summary of the record shall be followed by a citation to the appropriate page of the record.    If defendant believes that any of the statements in plaintiff's summary of the record are inaccurate in any respect, defendant's brief shall include a footnote or section that lists each such statement and explains why each such statement is inaccurate.   If plaintiff believes that any of the statements in defendant's summary of the record are inaccurate in any respect, plaintiff's reply brief shall include a footnote or section that lists

each such statement and explains why each such statement is inaccurate.

3. The Court requires a courtesy copy only of the parties' briefs. The Court does not require a courtesy copy of the Administrative Record. Any courtesy copies may be sent by regular mail.

4. The Court does not impose any page limitations on briefs. That being said, the parties' briefs should present facts and argument without unnecessary repetition.

5. Any request for an extension of the deadlines herein must be made as soon as the need for an extension is known and must comply with paragraph 1.E of the Court's Individual Practices.

SO ORDERED.

Dated: New York, New York
December 3, 2024

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

2