UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                             :

ANTHONY GARCIA

                                                             :      **ORDER**

                Plaintiff,                          24 Civ. 3852 (JPO) (GWG)

                                                             :

                -v.-

                                                                :

COMMISSIONER OF SOCIAL SECURITY

                                                               :

                Defendant.
---------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge:

      The Court has received in Chambers the attached documents from plaintiff's counsel, Max D. Leifer. The documents are reproduced in the order they were presented.

      The Court issues this Order to inform Mr. Leifer that plaintiff is still required to comply with the Court's Opinion and Order of July 15, 2025, if plaintiff wishes to obtain a judgment of remand. That is, counsel must "file a letter to the Court on or before August 12, 2025, indicating that [the plaintiff] has submitted a waiver request" to the agency. (Docket # 33). While the attached documents suggest that a waiver has been submitted, the Court should not be put in the position of deciding whether to infer this fact from a jumble of documents. Instead, counsel must comply with the Court's order requiring that counsel file a letter on this topic. Additionally, counsel cannot file a letter by sending it to Chambers. Rather, any letter must be filed on the docket through the ECF system.

                SO ORDERED

DATED:       New York, New York
                July 25, 2025

                                                      _____
                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge

The following transaction was entered on 7/15/2025 at 5:30 PM EDT and filed on 7/15/2025

**Case Name:** Garcia v. Commissioner of Social Security

**Case Number:** 1:24-cv-03852-GWG

**Filer:**

**Document Number:** 33

Docket Text:
**OPINION AND ORDER: For the foregoing reasons, Anthony's motion for judgment on the pleadings (Docket # 24) is denied. Notwithstanding this fact, and at the suggestion of the Government, this case is hereby stayed to allow Anthony to promptly present a waiver request in conformance with Social Security Administration rules. If Anthony**

files a letter to the Court on or before August 12, 2025, indicating that he has submitted such a request, the Court will enter judgment remanding this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) to take action on that request. If no such letter is filed by August 12, 2025, the Court will enter judgment on the Court's denial of plaintiff's motion. (And as further set forth herein.) SO ORDERED. Case stayed. (Signed by Magistrate Judge Gabriel W. Gorenstein on 7/15/2025) (jca)

1:24-cv-03852-GWG Notice has been electronically mailed to:

Max D. Leifer     info@maxleifer.com

Fergus John Kaiser     fergus.kaiser@ssa.gov,

Envelope 1:

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
07/16/2025 ZIP 10001
043M30263588

MAX D. LEIFER P.C.
135 WEST 26TH STREET
SUITE 11-D
NEW YORK, NY 10001

CC: SOCIAL SECURITY ADMINISTRATION
NORTHEASTERN PROGRAM CENTER
1 JAMAICA CENTER PLAZA
JAMAICA, NY 11432

Envelope 2:

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
07/16/2025 ZIP 10001
043M30263588

MAX D. LEIFER P.C.
135 WEST 26TH STREET
SUITE 11-D
NEW YORK, NY 10001

SOCIAL SECURITY ADMINISTRATION
OFFICE OF APPELLATE OPERATIONS
6401 SECURITY BLVD.
BALTIMORE, MD 21235

MAX D. LEIFER
135 WEST 26TH STREET
SUITE 11-D
NEW YORK, NY 10001

SOCIAL SECURITY ADMINISTRATION
OFFICE OF HEARINGS OPERATIONS
26 FEDERAL PLAZA, ROOM #2909
NEW YORK, NY 10278



quadient
FIRST-CLASS MAIL
IMI
$000.74
07/16/2025 ZIP 10001
043M30263568
US POSTAGE

*Law Offices of*
# Max D. Leifer, P.C.
*135 West 26th Street, Ste 11-D, New York, NY 10001*

MAX D. LEIFER*+

MEMBER OF N.Y. BAR*
MEMBER OF N.J. BAR+

(917) 880-9318
Fax (212) 966-9544

info@maxleifer.com

July 16, 2025

SOCIAL SECURITY ADMINISTRATION
OFFICE OF APPELLATE OPERATIONS
6401 SECURITY BLVD.
BALTIMORE, MD 21235

**RE: ANTHONY GARCIA**

To whom it may concern,

    Enclosed is a copy of the order by the court indicating that upon a request for a waiver of the overpayment, the case would be remanded to the commissioner. We are hereby requesting a waiver of the overpayment because there was no fault, and it would be a hardship to force repayment. In addition, the overpayment is unfair.

    We are hereby requesting that the matter be scheduled for a hearing on the issue of overpayment. I should also note that the prior attorney, STEVEN JACKLE, indicated in his memorandum to the administration that he was disputing the alleged overpayment.

CC: SOCIAL SECURITY ADMINISTRATION
NORTHEASTERN PROGRAM CENTER
1 JAMAICA CENTER PLAZA
JAMAICA, NY 11432

SOCIAL SECURITY ADMINISTRATION
OFFICE OF HEARINGS OPERATIONS
26 FEDERAL PLAZA, ROOM #2909
NEW YORK, NY 10278

Very truly yours,

Max D. Leifer
135 west 26th St. Ste 11D
New York, NY 10001
917-880-9318

OGC.SDNY@ssa.gov

Graham Morrison    graham.morrison@ssa.gov, OGC.SDNY@ssa.gov

**1:24-cv-03852-GWG Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/15/2025] [FileNumber=33314572-0]
[4e74bf1db7ad4fc151aedeff5886a7f075ea02ff3aae288efe15dc8fb6f870025a

Social Security Administration

Office of Appellate Operations

6401 Security Blvd.

Baltimore, MD 21235

Tel# 877-670-2722


Social Security Administration

Northeastern Program Center

1 Jamaica Center Plaza

Jamaica, NY 11432


Social Security Administration

Office of Hearings Operations

26 Federal Plaza

Room# 2909

New York, NY 10278

877-405-9535

MAX D. LEIFER P.C.
135 WEST 26TH STREET
SUITE 11-D
NEW YORK, NY 10001

NEW YORK NY 100
17 JUL 2025 PM 7

Room 6B

Judge Gabriel W. Gorenstein
Southern District of New York
500 Pearl Street, New York, NY

10007-1305