UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                             :

ANTHONY GARCIA

                                             :          **ORDER DIRECTING ENTRY OF JUDGMENT**

               Plaintiff,                        24 Civ. 3852 (JPO) (GWG)

                                             :

               -v.-

                                             :

COMMISSIONER OF SOCIAL SECURITY

                                             :

               Defendant.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge:

     For the reasons stated in the Court's Opinion and Order dated July 15, 2025 (Docket # 33), this case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) to take action on plaintiff's request for a waiver. The Clerk is requested to enter judgment and to close this case.

               SO ORDERED

DATED:     New York, New York
                August 18, 2025

                                                                  GABRIEL W. GORENSTEIN
                                                                 United States Magistrate Judge