**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

ANTHONY GARCIA,

                            Plaintiff,                24 **CIVIL** 3852 (JPO)(GWG)

      -v-                                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 15, 2025, and the Court's Order dated August 18, 2025, this case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) to take action on plaintiff's request for a waiver.

**Dated:** New York, New York

      August 19, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

                                    **BY:**

                                                                  **Deputy Clerk**